HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
DION LAROY JOHNSON, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:15-mj-134 KJN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DETENTION AND PRELIMINARY HEARINGS AND EXCLUDE TIME |
| v. | |
| DION LAROY JOHNSON, II, | |
| Defendants. | DATE:   July 15, 2015<br>TIME:   2:00 p.m.<br>JUDGE:  Hon. Edmund F. Brennan |

The United States of America, through its counsel, Assistant U. S. Attorney Justin Lee, and defendant, Dion Laroy Johnson, II, through Assistant Federal Defender, Noa E. Oren, stipulate that the Detention Hearing and the Preliminary Hearing, currently scheduled for July 7, 2015 and July 14, 2015, respectively, be continued to July 15, 2015 at 2:00 p.m.

The continuance is necessary for defense preparation in conferring with defendant and the government to negotiate a resolution to this matter prior to an indictment being filed.

The parties agree that the time beginning from the date of this stipulation extending through July 15, 2015, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until July 16, 2015, Fed.R.Crim.P. 5.1(d). The

1 | parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

Dated: July 7, 2015                            Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Public Defender

                                               */s/ Noa E. Oren*
                                               NOA E. OREN
                                               Assistant Federal Defender

                                               Attorney for Defendant
                                               DION LAROY JOHNSON, II

Dated:  July 7, 2015                           BENJAMIN WAGNER
                                               United States Attorney

                                               */s/ Justin Lee*
                                               JUSTIN LEE
                                               Assistant U.S. Attorney

                                               Attorney for Plaintiff

# **O R D E R**

Finding good cause, the Court orders the detention and preliminary hearings continued to July 15, 2015, at 2:00 p.m., before the Hon. Edmund F. Brennan; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 7, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE