HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
DION LAROY JOHNSON, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15-CR-134 MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| DION LAROY JOHNSON, II, et al, | Date:  November 5, 2015<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Dion Laroy Johnson II, and defendant, London Jamal Webb, by and through his counsel, William E. Bonham that the status conference set for August 20, 2015, be continued to November 5, 2015, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 5, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: August 17, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | /s/ Noa E. Oren<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>DION LAROY JOHNSON, II |
| DATED: August 17, 2015 | /s/ William E. Bonham<br>WILLIAM E. BONHAM<br>Attorney for Defendant<br>LONDON JAMAL WEBB |
| DATED: August 17, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|  | /s/ Justin Lee<br>JUSTIN LEE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial. The Court orders the status conference rescheduled for November 5, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 5, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT