HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
DION LAROY JOHNSON, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-134 MCE |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| DION LAROY JOHNSON, II, et al, | |
| Defendants. | Date:   November 6, 2015<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Dion Laroy Johnson II, and defendant, London Jamal Webb, by and through his counsel, William E. Bonham that the status conference set November 6, 2015, be continued to January 28, 2016, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act

2    should be excluded of this order's date through and including January 28, 2016;

3    pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

4    General Order 479, Local Code T4 based upon continuity of counsel and defense

5    preparation.

6    Counsel and the defendants also agree that the ends of justice served by the

7    Court granting this continuance outweigh the best interests of the public and the

8    defendants in a speedy trial.

9                                                      Respectfully submitted,

10   DATED:  October 28, 2015          HEATHER E. WILLIAMS
                                                       Federal Defender
11

12                                                     /s/ Noa E. Oren
                                                       NOA E. OREN
13                                                     Assistant Federal Defender
                                                       Attorney for Defendant
14                                                     DION LAROY JOHNSON, II
15

16   DATED:  October 28, 2015          /s/ William E. Bonham
                                                       WILLIAM E. BONHAM
17                                                     Attorney for Defendant
                                                       LONDON JAMAL WEBB
18

19

20   DATED:  October 28,, 2015         BENJAMIN B. WAGNER
                                                       United States Attorney
21

22                                                     /s/ Justin Lee
                                                       JUSTIN LEE
23                                                     Assistant U.S. Attorney
                                                       Attorney for Plaintiff
24

25

26

27

28

Stipulation and Order                        -2-           *United States v. Johnson II, et al. 15-cr-134 MCE*

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for January 28, 2016, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including January 28, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

DATED:  October 29, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT