| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | NOA E. OREN, #297100 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
|   | Telephone: (916) 498-5700/Facsimile: (916) 498-5710 |
| 5 | Noa_Oren@fd.org |
| 6 | Attorney for Defendant |
|   | DION L. JOHNSON II |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00134 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| DION L. JOHNSON II et al., | |
| Defendants. | Date:  June 17, 2016 |
|  | Time:  9:00 a.m. |
|  | Judge: Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Dion Laroy Johnson II, and defendant, London Jamal Webb, by and through his counsel, William E. Bonham that the status conference set for June 17, 2016, be continued to August 19, 2016 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

///

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2 excluded of this order's date through and including August 19, 2016; pursuant to 18 U.S.C.
3 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
4 based upon continuity of counsel and defense preparation.

5    Counsel and the defendants also agree that the ends of justice served by the Court
6 granting this continuance outweigh the best interests of the public and the defendants in a speedy
7 trial.

                                      Respectfully submitted,

DATED:  June 15, 2016                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Noa E. Oren*
                                                  NOA E. OREN
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  DION L. JOHNSON II

DATED:  June 15, 2016                  */s/ William E. Bonham*
                                                  WILLIAM E. BONHAM
                                                  Attorney for Defendant
                                                  LONDON JAMAL WEBB

DATED:  June 15, 2016                  PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                                 */s/ Justin Lee*
                                                  JUSTIN LEE
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for August 19, 2016, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including August 19, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: June 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge