William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
LONDON WEBB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:15-CR-00134-GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| WEBB et. al., | |
| Defendant. | Date: November 3, 2017<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

   The defendants, LONDON WEBB and DION JOHNSON, by and through their undersigned counsels and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, November 3, 2017 at 9:00 am be vacated and reset on Friday, December 1, 2017 at 9:00 am.

   A continuance is necessary to allow counsel for the defendants and for the government additional time to investigate, research and attempt to negotiate a resolution of the pending charges.

   The parties further stipulate that the failure to grant a

1

1  continuance in this matter would deny counsel reasonable time
2  necessary for effective preparation, taking into account the
3  exercise of due diligence; that the ends of justice served by
4  granting this continuance outweigh the best interest of the
5  public and the defendant in a speedy trial; and that time should
6  be excluded from the computation of time within which trial must
7  commence under the Speedy Trial Act from November 3, 2017, up to
8  and including December 1, 2017, pursuant to 18 U.S.C. § 3161
9  (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
10 counsel reasonable time to prepare.

11     Accordingly, the defense and the United States agree and
12 stipulate that the status conference for defendants London Webb
13 and Dion Johnson should be reset for Friday, December 1, 2017 at
14 9:00 am before the Honorable Garland E. Burrell, Jr.

15 Dated: November 1, 2017          PHILLIP A. TALBERT
                                    United States Attorney
16
                                    /s/ Justin Lee
17                                  JUSTIN LEE
                                    Assistant U.S. Attorney
18

19 Dated: November 1, 2017          /s/ William Bonham
                                    WILLIAM BONHAM
20                                  Attorney for defendant
                                    LONDON WEBB
21

22 Dated: November 1, 2017          HEATHER E. WILLIAMS
                                    Federal Defender
23
                                    /s/ Linda Allison
24                                  LINDA ALLISON
                                    Assistant Federal Defender
25                                  Attorney for defendant
                                    DION JOHNSON
26

27

28

                                2

**ORDER**

The status conference currently set for Friday, November 3, 2017 at 9:00 am is vacated and reset for Friday, December 1, 2017, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from November 3, 2017, up to and including the date of the new change of plea hearing, December 1, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated:  November 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge