HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
DION L. JOHNSON II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00134-GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL AND TO EXCLUDE TIME** |
| LONDON J. WEBB et al., | ) | |
| Defendant. | ) | Date: March 1, 2019<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Dion Laroy Johnson II, and William Bonham, attorney for London Webb, that the trial confirmation and trial hearing be vacated. The parties further request that the Court set a status hearing on May 3, 2019 and that time be excluded through that date.

The reason for this continuance is to allow defense counsel additional time continue investigating avenues for mitigation and negotiating a possible resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 3, 2019; pursuant to 18 U.S.C.§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

Stipulation and Order to Continue     -1-

upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: February 26, 2019

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison for*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
DION L. JOHNSON II

DATED:  February 26, 2019

MCGREGOR SCOTT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the trial confirmation hearing and trial dates vacated and orders that a status conference be scheduled for May 3, 2019, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including May 3, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: February 27, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Order to Continue -3-