CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for LONDON WEBB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>LONDON WEBB, et al.<br><br>    Defendants. | Case No.: 2:15-cr-134 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: October 8, 2020<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, Clemente M. Jiménez, Counsel for London Webb, and Noa Oren, Counsel for Dion Johnson II, that the status conference scheduled for October 8, 2020, at 9:30 a.m., as to London Webb, and the status conference scheduled for November 5, 2020, as to both defendants, be vacated and the matter continued to this Court's criminal calendar on December 17, 2020, at 9:30 a.m., for further status conference.

  Counsel for Mr. Webb has just been appointed as counsel of record and will require time to review discovery and conduct investigation as necessary.

  The parties further agree that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1    IT IS FURTHER STIPULATED that time within which the trial of this case must
2 be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded
3 from the date of the parties' stipulation, October 5, 2020, to and including December 17,
4 2020, from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local
5 code T-4), and that the ends of justice served in granting the continuance and allowing
6 the defendant further time to prepare outweigh the best interests of the public and the
7 defendant to a speedy trial.

9  DATED:    October 5, 2020         /S/    Justin Lee
                                     McGGREGOR SCOTT
10                                   United States Attorney
                                     by JUSTIN LEE
11                                   Attorney for Plaintiff

14 DATED:    October 5, 2020         /S/    Clemente M. Jiménez
                                     CLEMENTE M. JIMÉNEZ
15                                   Attorney for London Webb

17 DATED:    October 5, 2020         /S/    Noa Oren
                                     NOA OREN
18                                   Assistant Federal Defender
19                                   Attorney for Dion Johnson II


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 8, 2020, at 9:30 a.m., as to London Webb, and the status conference scheduled for November 5, 2020, as to both defendants, be vacated and the matter continued to December 17, 2020, at 9:30 a.m., for further status conference. The Court finds that 1) the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and 2) the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

It is hereby ordered that time under the Speedy Trial Act be excluded from the date of the parties' stipulation, October 5, 2020, to and including December 17, 2020, from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv) for defense preparation.

This 5th day of October 2020

Troy L. Nunley
United States District Judge