HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
DION L. JOHNSON, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>L. WEBB, II, et al., )<br>)<br>Defendant. )<br>)<br>) | Case No. 2:15-cr-00134-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:   December 17, 2020<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney, through Justin Lee, Assistant United States Attorney and attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney

for Dion Laroy Johnson II, and Clemente Jimenez, attorney for London Webb, that the status

conference for December 17, 2020 be continued to February 11, 2021 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review,

discovery, to continue investigating avenues for mitigation and to negotiate a possible pre-trial

resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from the date of the parties stipulation through and including February 11, 2021;

pursuant to 18 U.S.C.§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order

479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue Status
Conference

-1-

*United States v. Webb*, 2:15-cr-00134-TNL

1    Counsel and the defendants also agree that the ends of justice served by the Court

2    granting this continuance outweigh the best interests of the public and the defendants in a speedy

3    trial.

4                                    Respectfully submitted,

5    DATED: December 8, 2020         HEATHER E. WILLIAMS
                                     Federal Defender

6                                    /s/ Noa E. Oren
7                                    NOA E. OREN
                                     Assistant Federal Defender
8                                    Attorney for Defendant
                                     DION L. JOHNSON II
9

10                                   /s/ Clemente Jimenez
                                     CLEMENTE JIMENEZ
11                                   Attorney for Defendant
                                     LONDON WEBB
12

13
     DATED:  December 8, 2020        MCGREGOR SCOTT
14                                   United States Attorney

15                                   /s/ Justin Lee
16                                   JUSTIN LEE
                                     Assistant United States Attorney
17                                   Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2

3       The Court, having received, read, and considered the stipulation of the parties, and good

4  cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

5  that the failure to grant a continuance in this case would deny defense counsel reasonable time

6  necessary for effective preparation, taking into account the exercise of due diligence.  The Court

7  finds that the ends of justice served by granting the continuance outweigh the best interests of the

8  public and defendants in a speedy trial.

9       The Court orders the status conference scheduled for December 17, 2020 be continued to

10  February 11, 2021 at 9:30 a.m.  The Court orders the time from the date of the parties stipulation,

11  up to and including February 11, 2021, excluded from computation of time within which the trial

12  of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7),

13  and Local Code T4.

14  DATED:  December 9, 2020

15

16                                                      _____
                                                         Troy L. Nunley
17                                                      United States District Judge

18

19

20

21

22

23

24

25

26

27

28