HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
DION L. JOHNSON, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-00134-TLN |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| L. WEBB, II, et al., | ) |
| | ) Date:  February 11, 2021 |
| Defendant. | ) Time:  9:30 a.m. |
| | ) Judge: Troy L. Nunley |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Justin Lee, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Dion Laroy Johnson II, and Clemente Jimenez, attorney for London Webb, that the status conference for February 11, 2021 be continued to April 15, 2021 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review, discovery, to continue investigating avenues for mitigation and to negotiate a possible pre-trial resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including April 15, 2021; pursuant to 18 U.S.C.§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue Status
Conference

-1-

*United States v. Webb*, 2:15-cr-00134-TNL

1     Counsel and the defendants also agree that the ends of justice served by the Court

2   granting this continuance outweigh the best interests of the public and the defendants in a speedy

3   trial.

4                                              Respectfully submitted,
      DATED: February 8, 2021                  HEATHER E. WILLIAMS
5                                              Federal Defender

6
                                               */s/ Noa E. Oren*
7                                              NOA E. OREN
                                               Assistant Federal Defender
8                                              Attorney for Defendant
                                               DION L. JOHNSON II
9

10                                             */s/ Clemente Jimenez*
                                               CLEMENTE JIMENEZ
11                                             Attorney for Defendant
                                               LONDON WEBB
12

13
      DATED:  February 8, 2021                 MCGREGOR SCOTT
14                                             United States Attorney

15                                             */s/ Justin Lee*
                                               JUSTIN LEE
16                                             Assistant United States Attorney
                                               Attorney for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2

3

The Court, having received, read, and considered the stipulation of the parties, and good

4

cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

5

that the failure to grant a continuance in this case would deny defense counsel reasonable time

6

necessary for effective preparation, taking into account the exercise of due diligence.  The Court

7

finds that the ends of justice served by granting the continuance outweigh the best interests of the

8

public and defendants in a speedy trial.

9

The Court orders the status conference scheduled for February 11, 2021 be continued to

10

April 15, 2021 at 9:30 a.m.  The Court orders the time from the date of the parties stipulation, up

11

to and including April 15, 2021, excluded from computation of time within which the trial of this

12

case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local

13

Code T4.

14

DATED: February 8, 2021

15

_____
Troy L. Nunley
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28