1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   Case No. 2:15-CR-00134-TLN
12              Plaintiff,                  )
                                           )   **RELATED CASE ORDER**
13          v.                             )
                                           )
14  DION LAROY JOHNSON II,                 )
                                           )
15              Defendant.                 )
                                           )
16                                         )
                                           )
17  _____   )

18

19  UNITED STATES OF AMERICA,              )   Case No. 2:21-CR-00006-JAM
                                           )
20              Plaintiff,                  )
                                           )
21          v.                             )
                                           )
22  DION LAROY JOHNSON II,                 )
                                           )
23              Defendant.                 )
                                           )
24  _____   )

25          The Government filed a notice of related cases in the instant action on April 12, 2021.  (ECF No.

26  107.)  The Government argues that recently-filed Rule 20 Consent to Transfer of Case for Plea and

27  Sentence in *United States v. Dion Johnson*, Case No. 2:21-CR-00006-JAM ("2021 Case"), is related to

28  the earlier Indictment in *United States v. Dion Johnson*, Case No. 2:15-CR-00134-TLN ("2015 Case").

1  As a result, the Government requests the subsequent case assigned to the Honorable John A. Mendez in

2  *United States v. Dion Johnson*, Case No. 2:21-CR-00006-JAM, should be reassigned to the Honorable

3  Troy L. Nunley based upon the authority set forth below.

4          Under Local Rule 123, two actions are related when they involve the same parties and are based

5  on a same or similar claim; when they involve the same transaction, property, or event; or when they

6  "involve similar questions of fact and the same question of law and their assignment to the same Judge .

7  . . is likely to effect a substantial savings of judicial effort." L.R. 123(a).  Further, "[i]f the Judge to

8  whom the action with the lower or lowest number has been assigned determines that assignment of the

9  actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is

10  authorized to enter an order reassigning all higher numbered related actions to himself or herself."  L.R.

11  123(c).

12          The Court finds the 2021 Case and the 2015 Case are related within the meaning of Eastern

13  District of California Local Rule 123(a) because they involve the same Defendant.  In addition, both

14  cases are being resolved by the same plea agreement.  On April 12, 2021, the Government filed the plea

15  agreement entered into by the parties.  As part of the plea agreement, Defendant will plead guilty and

16  resolve both the 2015 Case and the 2021 Case.  The plea agreement that resolves both cases is a Rule

17  11(c)(1)(C) plea agreement.  Accordingly, the cases are related and reassigned to the same District

18  Judge is likely to effectuate a savings of judicial effort.

19          IT IS THEREFORE ORDERED that the action denominated Case No. 2:21-CR-00006-JAM be

20  reassigned to District Judge Troy L. Nunley, and the caption shall read No. 2:21-CR-00006-TLN.  Any

21  dates currently set in Case No. 2:21-CR-00006-JAM are hereby VACATED.

22  DATED:  April 13, 2021

23

24

25

26                                     _____
                                        Troy L. Nunley
27                                      United States District Judge

28